IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                    Criminal No. 1:12 MJ 34

EDWARD MONTECALVO,

      Defendant.

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant pursuant to 18 U.S.C. 3142(e) and (f).

1. **Eligibility of Case.** This case is eligible for a detention order because case involves (check all that apply):

|   |   |
|---|---|
|   | Crime of Violence (18 USC § 3156) |
|   | Maximum Sentence Life Imprisonment or Death |
|   | 10 + Year Drug Offense |
|   | Felony, with Two Prior Convictions in Above Categories |
|   | Felony Not Otherwise a Crime of Violence, involving Possession of a Firearm, Destructive Device or Other Dangerous Weapon |
| X | Serious Risk Defendant Will Flee |
| X | Serious Risk Obstruction of Justice |

*FILED*
*MAR 15 2012*
*U.S. DISTRICT COURT*
*CLARKSBURG, WV 26301*

2. **Reason for Detention.** The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

| X | Defendant's Appearance is Required |
| X | Safety of Any Other Person and the Community |

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against defendant under Section 3142(e). The presumption applies because:

|   | Probable Cause to Believe Defendant Committed 10 + Year Drug Offense or Firearms Offense (18 USC § 924(c)) |
|   | Previous Conviction for "Eligible" Offense Committed While on Pretrial Bond |

4. **Time for Detention Hearing.** The United States requests the court conduct the detention hearing

|   | At First Appearance |
| X | After Continuance of 3 days (not more than 3) |

5. **Other Matters:** _____

WILLIAM J. IHLENFELD, II
UNITED STATES ATTORNEY

*/s/ Andrew R. Cogar*
Andrew R. Cogar
Assistant United States Attorney
320 W. Pike Street, Ste. 300
Clarksburg, WV  26301
(304) 623-7030
(304) 623-7031 (fax)
andy.cogar@usdoj.gov